

United States District Court
Eastern District of California

ACCUIRE LLC, a Florida limited liability compa

Plaintiff(s)

Case Number: 2:24-CV2018-KJM-AC

V.

MEREDITH CPAs P.C., et al

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
William E. Reid _____ hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Defendant Meredith CPAs PC, a Texas professional corporation

On ____11/06/1987____ (date), I was admitted to practice and presently in good standing in the
____Texas Courts - see attached sheet____ (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☒ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date: ____08/23/2024____          Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | William E. Reid |
| Law Firm Name: | Reid Dennis & Frick |
| Address: | 2600 Dalla Parkway |
| | Suite 380 |
| City: | Frisco        State: Tx    Zip: 75034 |
| Phone Number w/Area Code: | (214) 618-0699 |
| City and State of Residence: | Texas |
| Primary E-mail Address: | wreid@reiddennis.com |
| Secondary E-mail Address: | ttreido@aol.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Robert E. Davies and Gregory A. Nelson |
| Law Firm Name: | DAVIES BLAKEMORE LLP |
| Address: | P.O. BOX 276148 |
| City: | Sacramento      State: CA    Zip: 95827 |
| Phone Number w/Area Code: | (916) 510-2400        Bar # 106810 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 20, 2024

CHIEF UNITED STATES DISTRICT JUDGE

**Texas Courts William E. Reid is currently admitted to:**

U.S. District Court for Northern District of Texas (Admitted 1987);
U.S. District Court for Southern District of Texas (2002);
U.S. District Court for Western District of Texas (2004);
US District Court for Eastern District of Texas (2002)

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 23, 2024

Re: Mr. William E. Reid, State Bar Number 16748500

To Whom It May Concern:

This is to certify that Mr. William E. Reid was licensed to practice law in Texas on November 06, 1987, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web